UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Oluwatobi Sasore                  Docket No. 5:21-CR-231-1M

### Petition for Action on Supervised Release

COMES NOW Kristyn Super, Senior U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Oluwatobi Sasore, who, upon an earlier plea of guilty to Possession of a Firearm by a Felon, in violation of 18 U.S.C. §§ 922(g)(1) and 924, was sentenced by the Honorable Richard E. Myers II, Chief United States District Judge, on August 22, 2022, to the custody of the Bureau of Prisons for a term of 48 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

Oluwatobi Sasore was released from custody on June 5, 2024, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

As noted above, the defendant was released from custody on June 5, 2024, at which time he began his term of supervised release with the District of Massachusetts. On July 23, 2024, the supervising officer in that district submitted a request to the Eastern District of North Carolina that the condition of supervised release requiring submission to warrantless searches be removed.

**PRAYING THAT THE COURT WILL ORDER** that the condition requiring the defendant to submit to searches be removed.

Except as herein modified, the judgment shall remain in full force and effect.

                                           I declare under penalty of perjury that the foregoing is true and correct.

                                           /s/ Kristyn Super
                                           Kristyn Super
                                           Senior U.S. Probation Officer
                                           200 Williamsburg Pkwy, Unit 2
                                           Jacksonville, NC 28546-6762
                                           Phone: 910-346-5104
                                           Executed On: July 25, 2024

### ORDER OF THE COURT

Considered and ordered this 26th day of July, 2024, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge